[No. 30295-4-III.   Division Three.   November 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMISON BRUCE
ZELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 10-1-00664-1, Bruce A. Spanner, J., entered
September 26, 2011. *Affirmed* by unpublished opinion per
Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 63712-6-I.   Division One.   November 26, 2012.]

CEDAR PROFESSIONAL CENTER, LLC, *Respondent*, v. CRAIG E.
BERNHART, DDS, PS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 09-2-03723-8, George F.B. Appel, J.,
entered June 5, 2009. *Affirmed* by unpublished opinion per
Lau, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 64892-6-I.   Division One.   November 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMINO ORION
GAHAGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 09-1-00092-6, Ellen J. Fair, J., entered
January 12, 2010. *Affirmed* by unpublished opinion per
Lau, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 65538-8-I.   Division One.   November 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO PETRILLI,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-1-02373-5, Regina S. Cahan, J., entered June
4, 2010. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Leach, C.J., and Appelwick, J.